## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Teko FOLI

_____

Write the full name of each plaintiff.

-against-

Metro-North Railroad

_____

Metro-North MTA Police

_____


_____

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

_____CV_____
(Include case number if one has been assigned)

### COMPLAINT

Do you want a jury trial?
☑ Yes    ☐ No

**RECEIVED**
JUL 12 2023
**PRO SE OFFICE**

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Civil Code 330 (45 U.S.C paragraph 51 – 60) & 360.

1st, 4th, and 14th amendment rights

Electronic communications privacy Act

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____ , is a citizen of the State of

(Plaintiff's name)

_____

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____ , is a citizen of the State of
            (Defendant's name)


_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of


_____ .

If the defendant is a corporation:

The defendant, _____ , is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

| Teko | | FOLI |
|------|------|------|
| First Name | Middle Initial | Last Name |

**1005 Walton Avenue, Apt 2B**

Street Address

| Bronx | New York | 10452 |
|-------|----------|-------|
| County, City | State | Zip Code |

| (646)316-5864 | tfort99@outlook.com |
|---------------|---------------------|
| Telephone Number | Email Address (if available) |

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

Metro-North Railroad

First Name _____ Last Name _____

Current Job Title (or other identifying information)

1 Croton Point Avenue

Current Work Address (or other address where defendant may be served)

Croton-On-Hudson    New York    10520

County, City    State    Zip Code

Defendant 2:

Metro-North MTA Police

First Name _____ Last Name _____

Current Job Title (or other identifying information)

1 Croton Point Avenue

Current Work Address (or other address where defendant may be served)

Croton-On-Hudson    New York    10520

County, City    State    Zip Code

Defendant 3:

First Name _____ Last Name _____

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City    State    Zip Code

Defendant 4:

_____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                    State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: **Croton-Harmon**

Date(s) of occurrence: **June 2022 till December 2022**

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I made complaints (about Metro-North passengers not wearing masks as per CDC guidance and complaints to EEO) in 2021 which led to threats of consequence from Metro-North Maintenance of Equipment and Transportation upper management. MNR Transportation management and Maintenance of Equipment management used a long list of false accusations to willfully put my life in danger in the middle of Covid by asking me to ride among passengers not wearing masks. Metro-North EEO representative even denied that being around people not wearing masks increased the risks of contracting Covid. This on top of keeping Conductor Lisa Potthast on my shift after I had filed harassment complaint against her and she deliberately requested me to go seat with passengers not wearing masks in May 2022 when there are safer empty cars. All this total disregard for human life occurred while Metro-North Maintenance of Equipment management was aware that I lost my brother to Covid. This was a very traumatizing experience.

Following additional complaints (including about the same conductor) I made close to

Page 5

mid – June 2022, there were intrusions and searches into my personal electronic devices

(encrypted flash drives, home computer, work computer) as well as personal and work email accounts and they were all tampered with to make me look like a criminal. Around

the same time, I received an email in my work email account stating that I was suspected

of being responsible for identity theft, that I was a security risk, etc. and that Metro-North would continue to interpret and apply their rules the way they wanted after I criticized

some of Metro-North application and interpretation of rules in earlier complaints and as I

documented in some of the folders that were copied from my work computer. As a note, these are not the exact contents of the email. After having access to my work bag

following coordinated daily searches (See attached for remaining of complaint)

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Sudden onset of illnesses in the second half of 2022 following daily work bag searches.

On August 20th, I started losing my vision and developed eye diseases (which lead to

vision loss) after experiencing a lot of pain in my eyes. I received months long steroid treatment. I also conducted tests for the ills I was feeling and took home medications.

I also caught COVID due to Metro-North negligence in the second half of 2022.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Basic care for eye condition is $80,000 over a lifetime. Negligent infliction of emotional

distress: $350,000. Intentional infliction of emotional distress: $350,000. Costs from

prospective complications (potential lost wages, financial loss, diminished earning

capacity, pain, suffering, emotional distress, loss of normal life, etc): $3,500,000.

Punitive damages: $3,000,000. Total relief: $7,280,000

**Complaint (remaining)**

in my work bag, negligent and intentional acts committed during these intrusions led me to develop a series of illnesses during the second half of 2022 and beyond. There were also death threats and threats of physical harm at work and outside of Metro-North. This has led me to leave in permanent fear for my well - being and my life.

There was surveillance of my work space, on Metro-North trains, including in the restrooms which was a dehumanizing and traumatized experience MNR Maintenance of Equipment upper management, Transportation upper management, MTA police, IT department, Safety department, Metro-North personnel were involved. These were happening when there were widespread accusations of identity theft and me being at Metro-North to report on wrong doings and violating company ethics rules. I was asked if I worked for the federal government and was accused for a long list of wrong doings. All the complaints I made during that time were ignored. On the contrary, everything that I complained about either remained the same or intensified.

My private conversations at home were being recorded and shared with Metro-North supervisors and employees

There was conspiracy across various Metro-North various departments to cover up and deny the occurrence of these events including the symptoms. There were months of delay for the investigation while the safety department was aware of how I was made ill when they conducted their delayed investigation but the results of their investigation still showed no findings

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 7/11/2023 | | |
|---|---|---|
| Dated | Plaintiff's Signature | |
| Teko | | FOLI |
| First Name | Middle Initial | Last Name |
| 1005 Walton Avenue, Apt 2B | | |
| Street Address | | |
| Bronx | NY | 10452 |
| County, City | State | Zip Code |
| (646)316-5864 | | tfort99@outlook.com |
| Telephone Number | | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

Page 7