UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TEKO FOLI,

Plaintiff,

**ORDER**

-against-

23 Civ. 5982 (KMK)(JCM)

METRO-NORTH RAILROAD, *et al.*,

Defendants.
------------------------------------------------------------X

On July 9, 2026, the Honorable Nelson S. Román issued an Opinion and Order granting in part and denying in part Defendants' motion to dismiss the Third Amended Complaint, and directed the parties to "continue conducting discovery." (Docket No. 148). Thus, by November 5, 2026, the parties are directed to jointly provide a summary of what discovery, if any, is still outstanding and, if so, an expected completion date.

Dated: September 4, 2026
White Plains, New York

**SO ORDERED:**

Judith C. McCarthy

JUDITH C. McCARTHY
United States Magistrate Judge